UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| LEE VESTER HALL, JR.,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | No. 1:13-cv-01855-SAB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME** |

Pursuant to the stipulation of the parties, Defendant shall file the opposition to the Plaintiff's opening brief or stipulation to remand on or before October 29, 2014.  If necessary, Plaintiff may file a reply on or before November 14, 2014.

IT IS SO ORDERED.

Dated:   **September 29, 2014**                    _____
                                                                    UNITED STATES MAGISTRATE JUDGE

-1-